# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BRODERIC ARMSTEAD**                                           **PLAINTIFF**

**VS.**                             **NO. 4:19CV00458 JM**

**FARMERS INSURANCE COMPANY, INC.**                         **DEFENDANT**

### ORDER

On December 19, 2019, Chief Judge D. Price Marshall entered an order granting the defendant's motion to dismiss in *Moffitt, et al. v. State Farm Mutual Automobile Insurance Company*, Case No. 1:19CV0072. On January 6, 2020, the plaintiffs filed a notice of appeal. The *Moffitt* case is substantially similar to eight other cases in this district. If affirmed, the dismissal of *Moffitt* would be dispositive of each of these cases.

To maximize the Court's resources, the Court finds that this and the eight other related cases should be stayed and administratively terminated pending the mandate of the Eighth Circuit Court of Appeals in *Moffitt v. State Farm*.

The Clerk of the Court is directed to administratively terminate the action without prejudice to the rights of the parties to reopen the proceedings for the entry of any stipulation, order, or other purpose required to obtain a final determination of the litigation. However, if the parties fail to file a motion to reopen the case within the 60-day period after final disposition of the appeal in *Moffitt*, this Order will be deemed a dismissal with prejudice of all claims.

IT IS SO ORDERED this 30th day of January, 2020.

_____
James M. Moody Jr.
United States District Judge